1
2
3
4
5
6
7
8                       IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   **ERIC D. BOUGH,**                          CIV S-08-1627 GGH P

12                              Petitioner,       **ORDER**

13              **v.**

14   **M.C. KRAMER,**

15                              Respondent.

16

17          GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Respondent's

18   application for a thirty (30) day extension to time to and including October 7, 2008 to file

19   Respondent's answer to petition for writ of habeas corpus, is hereby GRANTED.

20

21   Dated: 09/08/08                        /s/ Gregory G. Hollows
                                            The Honorable Gregory G. Hollows
22
     boug1627.eot
23

24

25

26

27

28

     [Proposed] Order