1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   **ERIC D. BOUGH,**                          CIV S-08-1627 GGH P

12                                Petitioner,    **ORDER**

13            **v.**

14   **M.C. KRAMER,**

15                                Respondent.

16

17          GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Respondent's

18   application for a thirty (30) day extension to time to and including November 6, 2008, to file

19   Respondent's answer to petition for writ of habeas corpus, is hereby GRANTED.

20

21   Dated: 10/06/08                          /s/ Gregory G. Hollows
                                               United States Magistrate Judge
22
     boug1627.eot2
23

24

25

26

27

28

[Proposed] Order