IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC D. BOUGH,

        Petitioner,                No. CIV S-08-1627 GGH P

    vs.

M.C. KRAMER, et al.,

        Respondents.          <u>ORDER</u>

_____/

        On December 1, 2008, petitioner filed a request for an extension of time to file a reply to respondent's answer filed November 6, 2008.

        Good cause appearing, IT IS HEREBY ORDERED that petitioner's December 1, 2008, request for extension of time is granted; petitioner's reply to the answer is due within thirty days of the date of this order.

DATED: December 12, 2008

                     /s/ Gregory G. Hollows

                    _____

                    UNITED STATES MAGISTRATE JUDGE

bo1627.eot

1