IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC D. BOUGH,

     Petitioner,          No. CIV S-08-1627 GGH P

  vs.

M.C. KRAMER, et al.,

     Respondents.      <u>ORDER</u>

_____/

        Petitioner has filed his second request for an extension of time to file a reply to respondent's answer filed November 6, 2008.  Good cause appearing, the request will be granted. No further extensions of time will be granted.

        IT IS HEREBY ORDERED that:

        1. Petitioner's January 5, 2009, application for an extension of time (Docket No. 18) is granted; and

/////

/////

/////

/////

/////

1

      2. Petitioner is granted thirty days from the date of this order in which to file a reply to respondent's November 6, 2008, answer. No further extensions of time will be granted.

DATED: January 13, 2009

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:kly
boug1627.111sec