IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC D. BOUGH,

      Petitioner,                      No. CIV S-08-1627 GGH P

     vs.

M.C. KRAMER, et al.,

      Respondents.          <u>ORDER</u>

_____/

        Petitioner has filed a request for reconsideration of this court's order filed April 28, 2009, denying his request for a certificate of appealability.

        Local Rule 78-230(k) requires that a party seeking reconsideration must brief the "new or different facts or circumstances [which] were not shown upon such prior motion, or what other grounds exist for the motion." After reviewing the record, the court finds that petitioner has not demonstrated that the April 28, 2009, order was erroneous.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, this court's order of April 28, 2009, is affirmed.

DATED: June 2, 2009.

                                                  /s/ Gregory G. Hollows

bo1627.req                                   UNITED STATES MAGISTRATE JUDGE